UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMINE TORO, *on behalf of herself and all others similarly situated*,<br><br>                              Plaintiff,<br><br>                  v.<br><br>DRONE NERDS, INC.,<br><br>                              Defendant. | No. 23-cv-1726 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On March 8, 2023, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 45 days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. To date, no letter has been filed. Defendant was served on March 14, 2023 and filed an answer on May 4, 2023.

The parties shall submit their joint letter no later than June 6, 2023. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     May 24, 2023
           New York, New York

_____
Ronnie Abrams
United States District Judge